UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TINA M. COVEL,**
    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV 05-896-BR

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5941.35 shall be awarded to Plaintiff's attorney Linda Ziskin, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 23rd day of August, 2006.

                    HON. ANNA J. BROWN
                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

STIPULATION FOR EAJA FEES